**Reinstated; Motion Granted; Petition for Writ of Mandamus Dismissed; and Memorandum Opinion filed September 22, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00193-CV

## IN RE TIM A. THIBODEAU, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
311th District Court
Harris County, Texas
Trial Court Cause No. 2008-00271

## MEMORANDUM OPINION

On March 6, 2014, relator Tim A. Thibodeau filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the presiding judge of the 311th District Court of Harris County, to set aside the July 31, 2012 and December 3, 2012 orders suspending relator's visitation with, and access to, the child, and to conduct a jury trial in the underlying case.

On April 7, 2014, this court abated this original proceeding pursuant to Texas Rule of Appellate Procedure 7.2(b) due to the resignation of the trial judge whose challenged actions form the basis of relator's requested relief. *See* Tex. R. App. P. 7.2(b). In the abatement order, this court stated that it would consider an appropriate motion to dismiss this original proceeding.

On September 15, 2015, relator filed a motion advising the court that he does not intend to pursue the relief requested in his petition for writ of mandamus and asks that his petition be dismissed. The motion is granted.

Accordingly, relator's petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.

2